Case 4:25-cv-00308   Document 27   Filed on 05/13/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAUL SAMPSON, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-00308 |
| § § | |
| FONDREN WORLD TRADE, INC., *et al.*, § § | |
| Defendants. § § § | |

## ORDER

The parties in this case have filed a Joint Stipulation of Dismissal with Prejudice. ECF No. 26. In accordance with that stipulation and Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Paul Sampson's claims against Defendants Fondren World Trade, Inc. and Modern Furniture, Inc. are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, fees, and expenses. All pending motions are hereby **DENIED** as moot. ECF Nos. 11, 12, 15, 16. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 13th day of May, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE